UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EL PASO DISPOSAL, LP, WASTE CONNECTIONS OF TEXAS, LLC, and WASTE CONNECTIONS LONE STAR, INC., § § § § § § § *Plaintiffs*, § § v. § § ECUBE LABS CO. d/b/a HAULLA § SERVICES, § § *Defendant.* § | | Case No. 3:24-CV-00097-KC |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS

In accordance with § 2.a.ii of the Agreed Confidentiality and Protective Order (ECF No. 37), Aaron M. Rubin hereby files this Notice of Appearance on behalf of Plaintiffs El Paso Disposal, LP, Waste Connections of Texas, LLC, and Waste Connections Lone Star, Inc. (collectively, "Waste Connections"). Contact information is as follows:

> Aaron M. Rubin
> Texas Bar No. 24060528
> aaron.rubin@wasteconnections.com
> WASTE CONNECTIONS
> 3 Waterway Square Place, Suite 110
> The Woodlands, Texas 77380
> Phone: (281) 381-7291

The undersigned serves as in-house counsel for Waste Connections and is actively involved in managing this litigation. The undersigned serves predominantly in a legal capacity for Waste Connections and is not a competitive decision maker for Waste Connections or any party affiliate. The undersigned requests notice of all Court communications and service of documents filed in this matter.

1

Dated: September 11, 2024                                              Respectfully submitted,

By: */s/  Aaron M. Rubin*
       Aaron M. Rubin

KEMP SMITH LLP
Ken Slavin
State Bar No. 18496100
ken.slavin@kempsmith.com
Valerie R. Auger
State Bar No. 24076251
valerie.auger@kempsmith.com
221 N. Kansas, Suite 1700
El Paso, Texas 79901
Phone: (915) 533-4424

**OF COUNSEL:**
BAKER & HOSTETLER LLP
Daniel J. Buzzetta
dbuzzetta@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111
Phone: (212) 589-4200
Admitted *pro hac vice*

John P. Hutchins
jhutchins@bakerlaw.com
1170 Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 459-0040
Admitted *pro hac vice*

Andrew E. Samuels
asamuels@bakerlaw.com
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Phone: (614) 228-1541

Alexandra L. Trujillo
Texas Bar No. 24110452
atrujillo@bakerlaw.com
Aidan K. Slavin
Texas Bar No. 24121129
aslavin@bakerlaw.com
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules, I certify that on September 11, 2024, counsel of record who have appeared in this case on behalf of the Parties will be immediately served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Alexandra Trujillo*
Alexandra L. Trujillo
