IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EL PASO DISPOSAL, LP, WASTE CONNECTIONS OF TEXAS, LLC, and WASTE CONNECTIONS LONE STAR, INC., | § § § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CAUSE NO. EP-24-CV-97-KC |
| ECUBE LABS CO. d/b/a HAULLA SERVICES, | § § § § | |
| *Defendant.* | § | |

**ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR PLAINTIFFS' MOTION TO COMPEL**

Before the Court is Plaintiffs' Motion for Leave to Exceed Page Limits for Plaintiffs' Motion to Compel (ECF No. 38) (the "Motion"). After reviewing the parties' briefs, exhibits attached thereto, and the arguments contained therein, the Court finds Plaintiffs fail to demonstrate good cause exists to exceed the page limits set forth in Local Rule CV-7.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion is **DENIED** without prejudice to refile in compliance with Local Rule CV-7.

**SO ORDERED**.

Signed this ___th day of _____, 2024.

_____
THE HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE