IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EL PASO DISPOSAL, LP, WASTE CONNECTIONS OF TEXAS, LLC, and WASTE CONNECTIONS LONE STAR, INC., | § § § § § § | |
| Plaintiffs, | § § | Case No. 3:24-CV-00097 |
| v. | § § | |
| ECUBE LABS CO. d/b/a HAULLA SERVICES, | § § § | |
| Defendant. | § § | |

**PLAINTIFFS' REPLY IN SUPPORT OF OPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR PLAINTIFFS' MOTION TO COMPEL**

Despite the bluster and grandstanding in Defendant's 10-page opposition (ECF No. 40), leave to exceed page limits is "routinely granted." J. Cardone Fact Sheet ¶ 30. Had Defendant followed its own advice "to avoid driving up litigation costs further and burdening this Court," it would have given Plaintiffs the professional courtesy of a *mutual* extension of the page limits on Plaintiffs' motion to compel. (ECF No. 40 at 3.) Instead, Defendant filed its 10-page opposition before producing a single document responsive to Plaintiffs' June 2024 requests for production and without providing a substantive answer to nearly all of Plaintiffs' June 2024 interrogatories. Defendant's actions speak for themselves.

1

<div style="display: flex; justify-content: space-between;">
<div>
Date: September 16, 2024
</div>
<div>
Respectfully submitted,

**KEMP SMITH LLP**
221 N. Kansas, Suite 1700
El Paso, Texas 79901
Telephone: (915) 533-4424
Facsimile: (915) 546-5360

By: /s/ *Ken Slavin*
KEN SLAVIN
Texas Bar No. 18496100
ken.slavin@kempsmith.com
VALERIE R. AUGER
Texas Bar No. 24076251
valerie.auger@kempsmith.com
</div>
</div>

OF COUNSEL:

**BAKER & HOSTETLER LLP**

Daniel J. Buzzetta (admitted *pro hac vice*)
dbuzzetta@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111
Phone: (212) 589-4200

John P. Hutchins (admitted *pro hac vice*)
jhutchins@bakerlaw.com
1170 Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 459-0040

Andrew E. Samuels
asamuels@bakerlaw.com
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Phone: (614) 228-1541

Alexandra L. Trujillo
Texas Bar No. 24110452
atrujillo@bakerlaw.com
Aidan K. Slavin
Texas Bar No. 24121129
aslavin@bakerlaw.com
811 Main St., Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600

*Counsel for Plaintiffs*