UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EL PASO DISPOSAL, LP, WASTE CONNECTIONS OF TEXAS, LLC, *and* WASTE CONNECTIONS LONE STAR, INC., | § § § § § | |
| *Plaintiffs*, | § § | EP-24-CV-00097-KC |
| v. | § § | |
| ECUBE LABS CO. d/b/a HAULLA SERVICES, | § § § § | |
| *Defendant*. | § | |

## ORDER REGARDING MEMORANDUM OPINION AND ORDERS (ECF NOS. 50, 51)

**IT IS ORDERED THAT** the Memorandum Opinion and Order (ECF No. 50) issued on November 15, 2024, is **HEREBY STRICKEN**.

**IT IS FURTHER ORDERED THAT** the Memorandum Opinion and Order (ECF No. 51) issued on the same day **REMAINS IN FULL FORCE**; however, the last sentence at the bottom of page 21 of the Memorandum Opinion and Order (ECF No. 51) is **AMENDED** as follows: **IT IS MOREOVER ORDERED** that by **November 22, 2024**, Plaintiffs **SHALL PROVIDE** to Defendant the full name, customer name, or telephone number for "Michele" and "Ron", and if Plaintiffs fail to do so, RFPs 29 and 30 **SHALL BE DEEMED ABANDONED**.[1]

**So ORDERED and SIGNED this  18th  day of November 2024.**

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

---

[1] The sentence in the Memorandum Opinion and Order (ECF No. 51) incorrectly stated the relevant deadline as "December 22, 2024." Mem. Op. & Order at 21, ECF No. 51.