IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| EL PASO DISPOSAL, LP, WASTE CONNECTIONS OF TEXAS, LLC, WASTE CONNECTIONS LONE STAR, INC., and WASTE CONNECTIONS US, INC., <br><br>　　Plaintiffs/Counter-Defendants, <br><br>v. <br><br>ECUBE LABS CO. d/b/a HAULLA SERVICES, <br><br>　　Defendant/Counter-Plaintiff. | § § § § § § § § § § § § § § § §  CASE NO. 3:24-CV-00097-KC |

### ORDER GRANTING DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, MOTION FOR LEAVE

Before the Court is Defendant/Counter-Plaintiff Ecube Labs Co. d/b/a Haulla Services' motion for reconsideration of the Court's Order (ECF No. 166) granting Plaintiffs leave to amend their complaint or, in the alternative, motion for leave to extend the time to file its response to Plaintiffs' Motion (ECF No. 164) for Leave to File Second Amended Complaint ("Motion"). Having reviewed the briefing, the Court is of the opinion that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and that:

(1) The Court strikes its Order (ECF No. 166);

(2) The Court permits Defendant to respond to Plaintiffs' Motion (ECF No. 164) on or before September 22, 2025; and

(3) The Court strikes Plaintiffs' Second Amended Complaint (ECF No. 167).

The Court will reconsider Plaintiffs' Motion (ECF No. 164) and determine whether Plaintiffs' Second Amended Complaint should be filed after Plaintiffs' Motion is fully briefed.

**SO ORDERED**.

1

Dated: _____, 2025

                                                   _____
THE HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT COURT OF THE
WESTERN DISTRICT OF TEXAS