IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EL PASO DISPOSAL, LP, WASTE CONNECTIONS OF TEXAS, LLC, WASTE CONNECTIONS LONE STAR, INC., and WASTE CONNECTIONS US, INC., § § § § § § § § § § § § § § § | | |
| *Plaintiffs*, | | |
| v. | § | Cause No. 3:24-CV-97-KC |
| ECUBE LABS CO. d/b/a HAULLA SERVICES and ECUBE LABS CO., LTD., | | |
| *Defendants*. | | |

**DEFENDANT ECUBE LABS CO. d/b/a HAULLA SERVICES' SUGGESTION OF BANKRUPTCY UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY**

Defendant Ecube Labs Co. d/b/a Haulla Services files this Suggestion of Bankruptcy and gives notice of the automatic stay pursuant to 11 U.S.C. § 362(a). Attached to this Suggestion are the Notice of Bankruptcy and a copy of the Petition.

*(Remainder of page intentionally left blank)*

1

Date: October 10, 2025

Respectfully submitted,

By: */s/ J. Blake Glatstein*
    Rob Vartabedian
    Texas Bar No. 24053534
    rob.vartabedian@vhh.law
    Austin Priddy
    Texas Bar No.
    austin.priddy@vhh.law
    Daniella P. Main
    Texas Bar No. 24120235
    daniella.main@vhh.law
    Connor Bourland
    Texas Bar No.
    connor.bourland@vhh.law
    J. Blake Glatstein
    Texas Bar No. 24123295
    blake.glatstein@vhh.law
    Georgina St. Johns
    Texas Bar No. 24137208
    georgina.stjohns@vhh.law
    **Vartabedian Hester & Haynes LLP**
    2200 Ross Avenue, Suite 4600E
    Dallas, Texas 75201
    Telephone: (469) 654-1340

    Stuart R. Schwartz
    Texas Bar No. 17869750
    ssch@scotthulse.com
    James M. H. Feuille
    Texas Bar No. 24082989
    jfeu@scotthulse.com
    **ScottHulse PC**
    One San Jacinto Plaza
    201 E. Main Dr., Suite 1100
    El Paso, Texas 79901
    Telephone: (915) 533-2493
    Facsimile: (915) 546-8333

    **ATTORNEYS FOR DEFENDANT ECUBE LABS CO. d/b/a HAULLA SERVICES**

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served electronically via the Court's e-file system on all counsel of record on October 10, 2025.

                                              */s/ J. Blake Glatstein*
                                              J. Blake Glatstein