United States Bankruptcy Court
Northern District of Texas

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 10/10/2025 at 09:13 AM and filed on 10/10/2025.

**Ecube Labs Co.**
2250 W Main St., Ste 202
Alhambra, CA 91801
Tax ID / EIN: 81-3140755

The case was filed by the debtor's attorney:

**Emily S. Chou**
Vartabedian Hester & Haynes LLP
301 Commerce Street
Suite 2200
Fort Worth, TX 76102
817-214-4990

The case was assigned case number 25-43950-11.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.txnb.uscourts.gov or at the Clerk's Office, 501 W. Tenth Street, Fort Worth, TX 76102.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Stephen J Manz
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |
| 10/10/2025 09:14:53 |

| | | | |
|---|---|---|---|
| **PACER Login:** | Emlychou | **Client Code:** | 903 |
| **Description:** | Notice of Filing | **Search Criteria:** | 25-43950-11 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |