# 서울남부지방법원
## 회 신 서

법원행정처 국제심의관실 귀하

공조번호 : 2025-D-510
사건번호 : 2025러50
촉탁국가 : 미국

이 법원이 촉탁 받은 송달서류는 덧붙임 증명서와 같이 송달이 이루어졌으므로, 그 결과를 회신합니다.

덧붙임 : 1. 증명서(Certificate)
        2. 우편송달통지서. 끝.

2025. 11. 3.

서울남부지방법원장

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.

1) that the document has been served*

the (date) ___2025. 10. 29.___

- at (place, street, number) ___
  서울특별시 구로구 디지털로34길 55, 1503호(구로동, 코오롱싸이언스밸리2차)
- in one of the following methods authorised by article 5 :

a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*

b) in accordance with the following particular method* :

c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to :
- (identity and description of person)
  ___이지은___
- relationship to the addressee (family, business or other) :
  ___서무계원___

2) that the document has not been served, by reason of the following facts* :

*Annexes*
Documents returned :

In appropriate cases, documents establishing the service :
___우편송달통지서___

Done at ___서울남부지방법원___

the ___2025. 11. 3.___

Signature and/or stamp

서울남부지방법원 민사신청과
법원주사보 최 철 민

* Delete if inappropriate.

| 2025러50 | | 우편송달통지서 | | 발송일:2025.10.27. 요금:6,280원 | | | |
|---|---|---|---|---|---|---|---|
| | **55단독** | | | 배달 못한 사유 | | | |
| | | | | 구분/회수 | 1회 | 2회 | 3회 |
| 0. 송달서류    사법공조서류 | | | | 1. 수취인부재 | | | |
| | | | | 2. 폐문 부재 | | | |
| 서울남부지방법원 (우:08088) | | | | 3. 수취인불명 | | | |
| 0. 발송하는 사람 | | | | 4. 주소 불명 | | | |
| 0. 송달받을 사람    08378 | | | | 5. 이사 불명 | | | |
| 서울 구로구 디지털로34길 55, | | | | 6. 기타 | | | |
| 1503호(구로동, 코오롱싸이언스밸리2차) | | | | 7. 잘못된송달 | | | |
| 피신청인 | | | | 배달 날짜 | | | |
| 이큐브랩 주식회사 | | | | 집배원 확인 | 최재원 ㊞ | | |
| | | | | 사유 기재 | | | |

| 송 달 방 법 | | | 영 수 인 | | |
|---|---|---|---|---|---|
| | | | 이 름 | 관 계 | 서명 또는 날인 |
| 1 | 본인에게 주었다. | | | | |
| 2 | 본인을 만나지 못하여 ① 내지 ③ 사람에게 주었다. | ① 본인 영업소, 사무소의 사무원 또는 피용자 | 이지은 | 서무계원 | 이지은 |
| | | ② 본인 주소, 거소의 동거인 | | | |
| | | ③ 본인 근무장소의 사용자, 종업원 등 | | | |
| 3 | ① 내지 ③ 사람이 수령을 거부하므로 그 장소에 서류를 두었다. | ① 송달 받을 본인 | | | |
| | | ② 본인 영업소, 사무소의 사무원 또는 피용자 | | | |
| | | ③ 본인 주소, 거소의 동거인 | | | |

| 송달한 날짜 | 2025 년 10 월 29 일   15:02 |
|---|---|
| 송 달 장 소 | 서울 구로구 디지털로34길 55, 1503호(구로동, 코오롱싸이언스밸리2차) |
| 접 수 인 란 | 위와 같이 송달하였습니다.    2025러50<br><br>2025 년 10 월 29 일<br>                                                                55단독<br>        서울구로      우체국<br>우체국집배원           최재원         ㊞           5548350 |

주의 : 1. 송달방법 중 해당하는 항목(송달방법 ③의 경우에는 수령을 거부한 사람)의 영수인란에 이름 및 관계를 적기 바랍니다(송달방법 ② ③ 란은 송달받을 사람의 근무장소에서 송달서류를 전달한 경우에 한하여 그 내용을 적기 바랍니다).
　　　2. 송달받은 사람으로 하여금 영수인란에 직접 서명 또는 날인하게 하기 바랍니다. 집배원이 대필한 경우에는 "대필"이라고 적어야 합니다. 송달방법 ③의 경우에는 모두 집배원이 서명 또는 날인하기 바랍니다.
　　　3. 「송달장소」란에는 시·군·읍·면·동·번지 등을 상세하게 명확히 기입하기 바랍니다. 다만, 우체국 창구에서 교부한 때에는 "○○우체국 창구"라고만 적기 바랍니다.
　　　4. 우측 상단의 「배달못한 사유」 중 「6. 기타」란에는 1 내지 5의 송달불능사유 어디에도 해당되지 아니하는 경우에 표시하고, 「사유기재란」에는 위와 같은 사유 및 우편집배원이 배달하는 과정에서 알게 된 특이사항(예 : 송달받을 사람의 장기여행, 군 입대, 교도소 수감 등)을 간략히 적기 바랍니다.



# CERTIFICATE OF ACCURACY

| Date of translation | 14 November 2025 |
|---|---|
| Source document(s) | '2025D810+회신서.pdf' |
| Translated document(s) | 2025D810^MReply_EN.docx |
| Source language | Korean |
| Target language(s) | English (US) |
| Order No. | O-51543 |

With this Certificate of Accuracy, we, Translate.One, a professional language services provider, hereby certify that the included documents have been translated to the best of our knowledge and belief, and that the translations are a true and accurate representation of the original documents provided by the client.

Translate.One operates in accordance with the requirements of ISO 9001:2015, ISO 17100:2015, ISO 18587:2017, ISO 13485:2016, and ISO 27001:2022. The translations were performed by qualified linguists—native speakers of the target language and subject matter experts—and underwent the required and agreed upon translation process and quality assurance steps.

*Theresa Heinmiller*

Theresa Heinmiller
Project Manager
Translate.One

Translate.One, LLC
3200 Cobb Galleria Parkway
Suite 270
Atlanta, GA 30339

www.translate.one

# SEOUL SOUTHERN DISTRICT COURT

## REPLY

To: International Affairs Division, National Court Administration

**Judicial Assistance No.:**     2025-D-~~510~~ 8
**Case No.:**     2025 *Reo* 50
**Requested by:**     United States

    The service of process (SOP) documents this Court was requested to serve have been served as indicated in the attached certificate, and hence we hereby notify you of the result.

Attachments:  1. Certificate;
                   2. Notice of Service by Postal Mail.  The End.

Nov. 3, 2025

## Chief Judge, Seoul Southern District Court

[*seal affixed*: Chief Judge, Seoul Southern District Court]

# CERTIFICATE

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

  the (date) <u>Oct. 29, 2025</u>
- at (place, street, number) ____
  <u>(Guro-dong, Kolon Scienc Valley 2-cha, #1503) 55, Digital-ro 34-gil, Guro-gu, Seoul</u>

- in one of the following methods authorized by article 5:

  a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*

  b) in accordance with the following particular method*:
_____

  c) by delivery to the addressee, who accept it voluntarily*

The documents referred to in the request have been delivered to:
- (Identity and description of person)
      <u>Ji Eun Lee</u>
- relationship to the addressee (family, business or other):

      <u>Admin staff member</u>

2) that the document has not been served by reason of the following facts*
_____

*Annexes*

Documents returned:
_____

In appropriate cases, documents establishing the service:

  <u>Notice of Service by Postal Mail</u>

Done at   <u>Seoul Southern District Court</u>
Date:   <u>Nov. 3, 2025</u>

Seoul District Court Civil Petition Division
Cheol Min Choi, Court Clerk (seal)

[*seal affixed*: Court Clerk, Seoul Southern District Court]

* Delete if inappropriate.

Case 2025 *Reo* 50        Notice of Service by Postal Mail    Sent: Oct. 27, 2025        Fee: KRW6,280

| **Dept. 55 (Single Judge)** | Reason for Failure to Serve | | | |
|---|---|---|---|---|
| | Class. / No. of trials | 1st time | 2nd time | 3rd time |
| 0. Documents to be served:<br>    Documents Under Judicial Assistance | 1. Recipient absent | | | |
| | 2. Door locked and no one available | | | |
| | 3. Recipient unknown | | | |
| **Seoul Southern District Court (zip code: 08088)**<br>0. Sender:<br>0. Person to be served: (zip code 08378)<br>    Ecube Labs Co., Ltd.<br>    Respondent<br>    (Guro-dong, Kolon Scienc Valley 2-cha, #1503)<br>    55, Digital-ro 34-gil, Guro-gu, Seoul | 4. Address unclear | | | |
| | 5. Moved out & whereto unclear | | | |
| | 6. Other | | | |
| | 7. Wrong service | | | |
| | Date delivered | | | |
| | Confirmed by the mail man | Jae Won Choi        (seal) | | |
| | Description of Reason(s) | | | |

| | **Method of Service** | | Receiver | | |
|---|---|---|---|---|---|
| | | | Name | Relationship | Signature or seal |
| [1] | Handed over to the addressee | | | | |
| [2] | Failed to meet addressee, so handed it over to the person specified in ①, ②, or ③. | ① Staff member or employee at the addressee's business site or the place of business operation | Ji Eun Lee | Admin Staff | *Ji Eun Lee* |
| | | ② Cohabitant at the addressee's address or residence | | | |
| | | ③ Employer or employee of or at the addressee's work site or workplace | | | |
| [3] | Left it at the place since the person specified in ①, ②, or ③ refused to receive it. | ① Person to be served | | | |
| | | ② Staff member or employee at the addressee's business site or the place of business operation | | | |
| | | ③ Cohabitant at addressee's address or residence | | | |
| Date/Time when the service was established | Oct. 29, 2025 / 15:02 | | | | |
| Place of Service | (Guro-dong, Kolon Scienc Valley 2-cha, #1503)<br>55, Digital-ro 34-gil, Guro-gu, Seoul | | | | |
| Seal to be affixed by the person who rec'd and filed it: | It was served as described above.<br>Oct. 29, 2025<br>Seoul Guro Post Office<br>Mail man: Jae Won Choi (seal) | 2025 *Reo* 50<br>**Single Judge Dept. 55**<br><br>5548350 | | | |

Cautions:
1. For the items under the "Method of Service," please fill out the applicable fields by writing down the name of the receiver and how the receiver is related to the person to be served (For [3] under the Method of Service, please write down the person who refused to receive it). (For 2 ③), please describe the specifics of service only if the document was served at the workplace of the person to be served.)
2. Please have the receiver sign or affix a seal himself/herself. In the event that the mail man writes down the name on behalf of the receiver, the mail man must also indicate that "I wrote it down on behalf of the receiver." In all cases under [3] under the Method of Service, the mail man should sign his signature or affix his seal.
3. In the 'Place Served' field, please accurately write down the address information in detail: the street number, *-dong* (subdivision) *-myeon* (collection of villages), *-eop* (town), *-gun* (county), and *-si* (city). However, in case delivery was done at the window of the post office, please record "at the window of OOO Post Office".
4. In the field titled "6. Other" under the "Reason for Failure to Serve" at the top right corner of this page, please fill in a reason that does not fall under any of the reasons for failure to serve described in 1 through 5. In the 'Description of Reason' field, please briefly describe the above-described reason or anything out of the ordinary that the postman learned whiling trying to serve the document (for example, long-term travel, joining the Korean Military, or incarceration at a correctional institute).