# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| EL PASO DISPOSAL, LP, WASTE CONNECTIONS OF TEXAS, LLC, WASTE CONNECTIONS LONE STAR, INC., and WASTE CONNECTIONS US, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> ECUBE LABS CO. d/b/a HAULLA SERVICES and ECUBE LABS CO., LTD. <br><br> *Defendants*. | §§§§§§§§§§§§§§§ | CASE NO. 3:24-cv-00097-KC |

## ORDER GRANTING DEFENDANT ECUBE LABS CO., LTD.'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Before the Court is Defendant Ecube Labs Co., Ltd.'s Agreed Motion to Extend the Deadline to Respond to Plaintiffs' Second Amended Complaint [Dkt. No. 167]. For good cause shown, the Court hereby GRANTS the Motion. Accordingly, Defendant is granted an extension to respond to Plaintiffs' Second Amended Complaint by **December 10, 2025**.

IT IS SO ORDERED.

Dated: _____                              _____
                                                 JUDGE KATHLEEN CARDONE

1