**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **EL PASO DISPOSAL, LP, WASTE CONNECTIONS OF TEXAS, LLC, WASTE CONNECTIONS LONE STAR, INC., and WASTE CONNECTIONS US, INC.,** | § § § § § § § § | |
| **Plaintiffs,** | § § | **CAUSE NO. EP-24-CV-97-KC** |
| **v.** | § § | |
| **ECUBE LABS CO. d/b/a HAULLA SERVICES, and ECUBE LABS CO., LTD.,** | § § § § | |
| **Defendants.** | § § | |

**JOINT NOTICE OF AGREEMENT TO STAY**

In response to the Court's January 27, 2026 order (ECF No. 210), Plaintiffs and Defendant Ecube Labs Co., Ltd. ("Ecube") jointly notify the Court that they are in agreement to stay all deadlines pending adjudication of Ecube's motion to dismiss.

Date: February 10, 2026

Respectfully submitted,

**KEMP SMITH LLP**

By: *s/ Andrew E. Samuels*
Ken Slavin
Texas Bar No. 18496100
ken.slavin@kempsmith.com
Valerie R. Auger
Texas Bar No. 24076251
valerie.auger@kempsmith.com
221 N. Kansas, Suite 1700
El Paso, Texas 79901
Telephone: (915) 533-4424
Facsimile: (915) 546-5360

**GREENBERG TRAURIG, LLP**

*s/ Alan W. Hersh (by permission)*
Craig Duewall
Texas Bar No. 24025334
Email: duewallc@gtlaw.com
Janis Clements
Texas Bar No. 04365500
Email: clementsj@gtlaw.com
Alan W. Hersh
Texas Bar No. 24080944
Email: hersha@gtlaw.com
300 West 6th Street, Suite 2050
Austin, Texas 78701
Tel: (512) 320-7200
Fax: (512) 320-7210

**BAKER & HOSTETLER LLP**

Daniel J. Buzzetta (admitted *pro hac vice*)
dbuzzetta@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111
Phone: (212) 589-4200

Andrew E. Samuels
asamuels@bakerlaw.com
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Phone: (614) 228-1541

Sushant Mohan
Texas Bar No. 24092847
sumohan@bakerlaw.com
Nikki L. Morris
Texas Bar No. 24098143
nmorris@bakerlaw.com
Alexandra L. Trujillo
Texas Bar No. 24110452
atrujillo@bakerlaw.com
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600

*Counsel for Plaintiffs*

**JIPYONG LLC**

Jinhee Kim (Admitted *Pro Hac Vice*)
Email: jinheekim@jipyong.com
Somin Jun (Admitted *Pro Hac Vice*)
Email: smjun@jipyong.com
26F Grand Central A
14 Sejong-daero, Jung-gu
Seoul 04527, Republic of Korea

*Counsel for Defendant Ecube Labs Co., Ltd.*