# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **EL PASO DISPOSAL, LP; WASTE CONNECTIONS OF TEXAS, LLC; WASTE CONNECTIONS LONE STAR, INC.; and WASTE CONNECTIONS US, INC.,** | § § § § § § | |
| **Plaintiffs and Counter-Defendants,** | § § | |
| **v.** | § § § | **CAUSE NO. EP-24-CV-97-KC** |
| **ECUBE LABS CO. d/b/a HAULLA SERVICES; and ECUBE LABS CO., LTD.,** | § § § § | |
| **Defendants and Counter-Plaintiff.** | § § | |

## ORDER

On this day, the Court considered the case. On January 27, 2026, the Court ordered the parties to meet, confer, and file either (1) a joint report of parties' planning meeting as specified in the Court's Standing Order on Pretrial Deadlines, or (2) if the parties were in agreement to stay all deadlines pending adjudication of Ecube Labs Co., Ltd.'s ("Eube's") Motion to Dismiss, a notice of that agreement. Jan. 27, 2026, Order 2, ECF No. 210.

The parties now inform the Court that "they are in agreement to stay all deadlines pending adjudication of Ecube's motion to dismiss." Joint Notice 1, ECF No. 211.

Therefore, the Court **ORDERS** that discovery and all other pretrial deadlines in this matter are **STAYED** pending resolution of Ecube's Motion to Dismiss, ECF No. 202, which remains under advisement.

SO ORDERED.

SIGNED this 17th day of February, 2026.

_____

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE